**Electronically Filed
Supreme Court
SCAD-16-0000218
17-NOV-2016
10:25 AM**

SCAD-16-0000218

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ANTHONY P. LOCRICCHIO,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 13-066-9136 and 14-040-9183)

ORDER
(By: Nakayama, J.)

Upon review of the November 16, 2016 motion from Respondent Anthony P. Locricchio for a delay in the effective date of his disbarment,

IT IS HEREBY ORDERED that the motion is granted. Respondent Locricchio's disbarment shall take effect November 28, 2016.

DATED: Honolulu, Hawaiʻi, November 17, 2016.

/s/ Paula A. Nakayama

Associate Justice

